UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICOLE ZON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ROOT TECHNOLOGY LTD. d/b/a MOMCOZY,

Defendant.

No. 2:26-cv-02457-JHC

**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO COMPLAINT**

**NOTING DATE: July 17, 2026**

## STIPULATED MOTION

Pursuant to Local Civil Rules 7(d)(1), 7(j) and 10(g), Plaintiff Nicole Zon ("Plaintiff") and Defendant ROOT Technology Ltd. d/b/a Momcozy ("Defendant") hereby stipulate and agree, subject to the Court's approval, as follows:

1. On June 10, 2026, Plaintiff filed her Complaint in the Superior Court for King County, Case No. 26-2-18867-0 SEA. Dkt. 1, Ex. B.

2. Plaintiff filed a proof of service stating that the Summons and Complaint on Defendant's were served on June 12, 2026. Dkt. 1, Ex. A.

3. On July 13, 2026, Defendant removed the above-captioned case to this Court.

4. Defendant's deadline to respond to the Complaint is July 20, 2026. *See* FRCP 81(c)(2)(C).

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINE TO RESPOND TO COMPLAINT
(2:26-cv-02457-JHC) - 1

5.    The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend Defendant's deadline to respond to the Complaint to allow time for the Parties to evaluate the facts relevant to Defendant's response to the Complaint, including the possible applicability of a forum-selection agreement, a choice-of-law agreement, and arbitrability of these claims.

6.    The Parties therefore agree and stipulate, subject to the Court's approval, to extend the deadline for Defendant to respond to the Complaint up to, and including, August 13, 2026.

Accordingly, the Parties respectfully request that the Court extend Defendant's deadline to respond to the Complaint up to, and including, August 13, 2026.

IT IS SO STIPULATED.

DATED this 17th day of July, 2026.

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINE TO RESPOND TO COMPLAINT
(2:26-cv-02457-JHC) - 2

BARG SINGER HOESLY PC

DAVIS WRIGHT TREMAINE LLP


By: *s/ Jonas B. Jacobson*
Jonas B. Jacobson, WSBA #62890
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Tel: 310-656-7066
Fax: 310-656-7069
jonas@dovel.com

Cody Hoesly, WSBA #41190
121 SW Morrison St., Ste. 600
Portland, OR 97204
Tel: 503-241-3311
choesly@bargsinger.com

*Attorneys for Plaintiff*
*Nicole Zon*

By: *s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Eric A. Franz, WSBA #52755
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-622-3150
laurenrainwater@dwt.com
rachelherd@dwt.com
ericfranz@dwt.com

*Attorneys for Defendant*
*ROOT Technology Ltd. d/b/a Momcozy*

*I certify that this memorandum contains 223 words, in compliance with the Local Civil Rules

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINE TO RESPOND TO COMPLAINT
(2:26-cv-02457-JHC) - 3

**ORDER**

For good cause shown, the Court GRANTS the Parties' stipulated motion and hereby extends the time for Defendant to respond to the Complaint through and including August 13, 2026.

IT IS SO ORDERED this 17th day of July, 2026.

_John H. Chun_

John H. Chun
United States District Judge

STIPULATED MOTION AND ORDER TO
EXTEND DEADLINE TO RESPOND TO COMPLAINT
(2:26-cv-02457-JHC) - 4